IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and JACQUELINE CHESLER, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC. <br><br> Defendants. | ) ) ) ) ) ) ) No. 08 CV 2679 ) ) ) ) ) ) |

## NOTICE OF FILING

TO:   Steven B. Borkan, Esq. – Stellato & Schwartz, Ltd.
      120 N. LaSalle Street, 34th Floor, Chicago, IL 60602

      Thomas G. Griffin, Esq. and Troy M. Sphar, Esq. – Griffin Law Offices, LLC
      656 W. Randolph Street, Suite 500 West, Chicago, IL 60661

**PLEASE TAKE NOTICE** that on the 28th day of May, 2008, we electronically filed with the Clerk of the U.S. District Court, Northern District, Eastern Division, the Appearances of Diane J. Silverberg, Richard W. Hillsberg, Pamela J. Park, and Michael G. Kreibich.

KOVITZ SHIFRIN NESBIT

By: /s/ Richard W. Hillsberg

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, on oath state, that I served the foregoing Notice of Filing and Appearances of Diane J. Silverberg, Richard W. Hillsberg, Pamela J. Park, and Michael G. Kreibich by mailing true and correct copies to the address shown above with proper postage prepaid this 28th day of May, 2008.

/s/ Richard W. Hillsberg

Richard W. Hillsberg – 1219030
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
(847) 537-0500
Fax (847) 537-0550

520861.1