IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE CHESLER and JACQUELINE CHESLER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 08 CV 2679 |
| RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC. | ) ) ) ) | Judge Kendall Magistrate Judge Cole |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants, Richard M. Conroy and Francis C. Ansel III, move this Honorable Court for an Extension of Time in which to file their response to the Complaint and, in support thereof, state as follows:

1.     On May 9, 2008, Plaintiffs filed their Complaint against the Defendants, Richard M. Conroy ("Richard") and Francis C. Ansel III ("Francis") (collectively "Defendants").

2.     As to Richard and Francis, the Complaint alleges a violation of the Fair Housing Act, hostile housing environment, breach of fiduciary duty and violation of the Illinois Condominium Property Act.

3.     On May 9, 2008, Plaintiff caused a Summons and copy of the Complaint to be served on Francis.

4.     On May 14, 2008, Plaintiff caused a Summons and copy of the Complaint to be served on Richard.

5.     Following being served by Plaintiff, Defendants submitted the lawsuit to their insurance providers for a determination of coverage.

6.     On or about May 13, 2008, Defendants' insurance carrier, Travelers Insurance Company, retained Kovitz Shifrin Nesbit, P.C. as counsel for Defendants.

7.     Additionally, a separate insurance carrier, Praetorian Insurance Company, retained the law firm of Stellato and Schwartz, Ltd. As counsel for the Defendants.

8.      To date, the above referenced insurance providers have yet to determine which policy of insurance is the primary coverage for this claim.

9.      Due to the above insurance coverage issue, Defendants require additional time in which to answer or otherwise plead.

10.     Further, Defendants require additional time in which to respond as they have just recently retained counsel in this matter, and Defendants' counsel requires additional time in order to fully investigate the claims made by Plaintiff and respond accordingly.

11.     All parties have been notified of the Defendants' intent to seek an extension of time to response to the Complaint and to date we have received no objection.

12.     This is the first request for an extension of time submitted by the Defendants.

13.     The Plaintiff will not be unduly prejudiced by the granting of additional time to the Defendants.

WHEREFORE, Defendants, Richard M. Conroy and Francis C. Ansel III, respectfully request this Honorable Court to grant them an additional thirty (30) days in which to response to the Complaint, and for further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

RICHARD M. CONROY and FRANCIS C. ANSEL III,

By:     /s/ Richard W. Hillsberg
        One of their attorneys

Richard W. Hillsberg – 1219030
Diane J. Silverberg – 6194968
Pamela J. Park – 6237481
Michael G. Kreibich – 6283302
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
847.537.0500

520500.1