IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and JACQUELINE CHESLER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 08 CV 2679 ) |
| RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC. | ) Judge Kendall ) Magistrate Judge Cole ) ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   Steven B. Borkan, Esq. – Stellato & Schwartz, Ltd.
  120 N. LaSalle Street, 34th Floor, Chicago, IL 60602

  Thomas G. Griffin, Esq. and Troy M. Sphar, Esq. – Griffin Law Offices, LLC
  656 W. Randolph Street, Suite 500 West, Chicago, IL 60661

  PLEASE TAKE NOTICE that, on the 4th day of June, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319 of the Dirksen Building, Chicago, Illinois, and then and there present the **Motion for Extension of Time to Respond to the Complaint**, at which time you may appear.

RICHARD M. CONROY and FRANCIS C. ANSEL III,

By:   /s/ Richard W. Hillsberg
  One of their attorneys

**CERTIFICATE AND AFFIDAVIT OF DELIVERY**

  I, Richard W. Hillsberg, on oath state that a true copy of this Notice and the Motion for Extension of Time to Respond to the Complaint were placed in the U.S. mail box located at 750 W. Lake Cook Road, Buffalo Grove, Illinois, properly addressed and with first class postage fully prepaid, to the parties at the addresses set forth above, before 5:00 p.m. on this 28th day of May, 2008.

By:   /s/ Richard W. Hillsberg

Richard W. Hillsberg – 1219030
KOVITZ SHIFRIN NESBIT
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
847.537.0500

521036.1