**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

6287296 (TPS)          TPS:kl          05/29/08          WHITE          17662-9-71

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE CHESLER and JAQUELINE CHESLER, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 CV 2679 |
| RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL, III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., | ) ) ) ) | Judge:     Virginia M. Kendall Magistrate:  Jeffrey Cole |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Mr. Thomas G. Griffin                     Mr. Richard Warren Hillsberg
     Mr. Troy M. Sphar                         Ms. Diane Jane Silverberg
     Griffin Law Offices, LLC                  Mr. Michael G Kreibich
     656 West Randolph Street                  Ms. Pamela J. Park
     Suite 500W                                Kovitz, Shifrin & Nesbit
     Chicago, Illinois 60661                   750 Lake Cook Road, Suite 350
                                               Buffalo Grove, IL 60089

YOU ARE HEREBY NOTIFIED that on May 29, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Appearance, a copy of which is attached hereto.

                              /s/ Stellato & Schwartz, Ltd.
                              STELLATO & SCHWARTZ, LTD.

6287296 (TPS)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on May 29, 2008.

                              /s/ Timothy P. Scahill
                              Timothy P. Scahill