UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Lawrence Chesler, et al.
                                Plaintiff,

v.                                            Case No.: 1:08−cv−02679
                                                                Honorable Virginia M. Kendall

Richard M. Conroy, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendants' Motion for an Additional 30 Days to Respond [13] is granted. Defendants may have through and including 6/30/2008 to answer or otherwise plead to the Complaint. The 6/4/08 presentment date for said motion is stricken; no appearance is required. The 7/10/2008 Initial status hearing stands. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.