6193463 (SBB)
6287296 (TPS)        SBB:tps        06/03/08        WHITE        17662-9-71

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and JAQUELINE CHESLER, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 08 CV 2679 ) |
| RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL, III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., | ) Judge: Virginia M. Kendall ) Magistrate: Jeffrey Cole ) ) ) |
| Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES defendant ANA CONROY, by and through her attorneys, Timothy P. Scahill and Steven B. Borkan of STELLATO & SCHWARTZ, LTD. and move this Court pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time to answer or otherwise plead. In support thereof, defendant states as follows:

1. The above-captioned suit was filed on May 9, 2008 against RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL, III, and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC.

2. On May 28, 2008, defendants RICHARD CONROY and FRANCIS C. ANSEL, III moved for an extension of time to answer or otherwise plead due to outstanding issues relating to insurance coverage regarding the above suit and the various named defendants.

3. Said motion was thereafter granted on May 30, 2008 and defendants RICHARD CONROY and FRANCIS C. ANSEL, III were granted up to and including June 30, 2008 in which

to answer or otherwise plead.

4. The issues as set forth in defendants RICHARD CONROY and FRANCIS C. ANSEL's motion apply with equal effect to defendant ANA CONROY and all defendants will be filing a joint responsive pleading in this matter.

5. Accordingly, defendant ANA CONROY requests this Court grant her until June 30, 2008 to answer or otherwise plead in response to plaintiffs' Complaint as well.

WHEREFORE defendant ANA CONROY prays this Court grant her until June 30, 2008 to answer or otherwise plead in response to plaintiffs' Complaint.

                Respectfully submitted,

                STELLATO & SCHWARTZ, LTD.

                By: **/s/ Steven B. Borkan**
                     Steven B. Borkan

6193463 (SBB)
6287296 (TPS)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant - Ana Conroy
120 N. La Salle Street
34th Floor
Chicago, Illinois  60602
(312) 419-1011