6193463 (SBB)
6287296 (TPS)          SBB:kl          05/28/08          WHITE          17662-9-71

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and JAQUELINE CHESLER, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 08 CV 2679 ) |
| RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL, III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., | ) Judge:      Virginia M. Kendall ) Magistrate:  Jeffrey Cole ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Mr. Thomas G. Griffin
      Mr. Troy M. Sphar
      Griffin Law Offices, LLC
      656 West Randolph Street
      Suite 500W
      Chicago, Illinois 60661

     On June 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Motion for Enlargement of Time to Answer or Otherwise Plead.

Name:          STELLATO & SCHWARTZ, LTD.
Attorney for:  Defendant - Ana Conroy
Address:       120 N. LaSalle St., 34th Floor
City:          Chicago, IL 60602
Telephone:     (312) 419-1011
Atty No:       6193463 (SBB)
               6287296 (TPS)

**PROOF OF SERVICE BY CM/ECF**

    I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 4, 2008.

                                           **/s/ Steven B. Borkan**
                                             Steven B. Borkan