6193463 (SBB)		SBB:gpm		06/27/08		WHITE		17662-9-71

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and<br>JAQUELINE CHESLER,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD M. CONROY, ANA CONROY,<br>FRANCIS C. ANSEL, III and 1327 DEARBORN<br>CONDOMINIUM ASSOCIATION, INC.,<br><br>    Defendants. | No. 08 CV 2679<br><br>Judge:      Virginia M. Kendall<br>Magistrate: Jeffrey Cole |

### DEFENDANTS' MOTION TO DISMISS

NOW COME defendants, RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL, III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC. (collectively "defendants"), by and through their attorneys, STEVEN B. BORKAN and DIANE J. SILVERBERG, and move this Honorable Court to dismiss plaintiffs Lawrence Chesler and Jaqueline Chesler's (collectively "plaintiffs") Complaint with prejudice and finality pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, defendants state as follows:

1.	On May 9, 2008, plaintiffs filed an eight-count Complaint against defendants alleging violations of the Fair Housing Act (765 ILCS 605/1, *et seq.*) along with several state law causes of action.

2.	The acts or omissions alleged as the basis for plaintiffs' claims derive from several disputes over the governance of the defendant condominium association.

3.	Count I of the Complaint alleges that plaintiff Lawrence Chesler is handicapped as that term is defined under the Fair Housing Act and that defendants failed to provide reasonable

accommodations to plaintiffs in violation of that Act.

4. Count II of the Complaint alleges that defendants created fostered and ratified a hostile housing environment in violation of the Fair Housing Act.

5. Neither Count I nor Count II allege facts sufficient to state a claim for relief under the Fair Housing Act, which was not intended to resolve disputes between condominium association members unrelated to the protected status of any one member.

6. For these reasons and those set forth in the contemporaneously-filed Memorandum of Law in Support of Defendants' Motion to Dismiss, this Court should properly dismiss Counts I and II of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

7. Once plaintiffs' putative federal question claims are dismissed, this court should decline to exercise supplemental jurisdiction over the remaining claims sounding in state law pursuant to 28 U.S.C. § 1367(c)(3).

WHEREFORE, defendants RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL, III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC. pray this Honorable Court dismiss Counts I and II of plaintiffs' Complaint with prejudice and finality, decline to exercise supplemental jurisdiction over the remaining claims sounding in state law pursuant to 28 U.S.C. § 1367(c)(3), enter judgment on their behalf, and provide whatever other relief this Court deems just and equitable.

    Respectfully submitted,

    STELLATO & SCHWARTZ, LTD.

    By: **/s/ Steven B. Borkan**
        Steven B. Borkan

　　　　　　　　　　　　　　　　　　　　By:　**/s/ Diane Jane Silverberg**
　　　　　　　　　　　　　　　　　　　　　　　Diane Jane Silverberg

6193463 (SBB)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 N. La Salle Street, 34th Floor
Chicago, Illinois  60602
(312) 419-1011

KOVITZ, SHIFRIN & NESBIT
Co-Counsel for Defendants
750 Lake Cook Road
Suite 350
Buffalo Grove, IL 60089
(847) 537-0500