UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and<br>JACQUELINE CHESLER,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD M. CONROY, ANA CONROY<br>FRANCIS C. ANSEL III, and 1327<br>DEARBORN CONDOMINIUM<br>ASSOCIATION, INC.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 08 CV 2679<br>)<br>) The Honorable Virginia M. Kendall<br>)<br>) Magistrate Jeffery Cole<br>)<br>) JURY TRIAL DEMANDED<br>) |

## JOINT INITIAL STATUS REPORT

Plaintiffs, Lawrence and Jacqueline Chesler, by and through their attorneys, GRIFFIN LAW OFFICES, LLC, Defendants, RICHARD M. CONROY, ANA CONROY, FRANCIS C. ANSEL III, and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., by and through their attorneys, Steven B. Borkan and Timothy P. Scahill of STELLATO & SCHWARTZ, LTD., and Defendants RICHARD M. CONROY, FRANCIS C. ANSEL III, and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC. by and through their attorneys, Richard Hillsberg, Diane Silverberg, Pamela Park, and Michael Kreibich of KOVITZ SHIFRIN NESBIT, PC., and pursuant to this Court's Standing Order, hereby submit the Joint Initial Status Report in advance of the Initial Status Hearing to be held on July 10, 2008 at 9:00 AM.

1. **Attorneys of Record**

**For Plaintiffs**
Thomas Griffin
Troy Sphar
GRIFFIN LAW OFFICES, LLC
656 West Randolph Street, Suite 500w
Chicago, Illinois 60661
(312) 648-1700

**For All Defendants**
Steven Borkan
Timothy Scahill
STELLATO & SCHWARTZ, LTD.
120 N. LaSalle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1443

**For Defendants Richard Conroy, Francis Ansel, and 1327 Dearborn Condominium Association, Inc.**

Richard Hillsberg
Diane Silverberg
Pamela Park
Michael Kreibich
LAW OFFICES OF KOVITZ SHIFRIN & NESBIT, PC
750 West Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089
(847) 537-0500

2. **The Basis for Federal Jurisdiction**

This Court has original jurisdiction over the Fair Housing Act claims alleged herein under 28 U.S.C. § 1331 and the Fair Housing Act, 42 U.S.C. § 3601, *et seq.*[1] The Court has pendent and supplemental jurisdiction under 28 U.S.C. §1367 over the related state statutory causes of action and common- law causes of action.

3. **The Nature of Claims Asserted in the Complaint and Any Expected Counterclaim**

Plaintiffs allege a Fair Housing Act claim against Defendants alleging the alleged refusal of

---

[1] Defendants have moved to dismiss plaintiffs' Fair Housing Act claims and, thus, assert that no jurisdiction lies in this federal court for these claims. Consistent with this motion, defendants have prayed that this Court decline to exercise supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367(c)(3).

the Association and its board members to make reasonable accommodations in and around the condominium building for Larry Chesler, who is alleged to be handicapped. Plaintiffs also allege causes of action for purported Hostile Housing Environment, Intentional Infliction of Emotional Distress, Assault and Battery, Negligence - Back Stairwell, Negligence - Ice Damming in Gutters, Breach of Fiduciary Duty - Association Governance and Violation of the Illinois Condominium Property Act.

No counterclaims have yet been asserted by Defendants, but Defendants reserve their rights to assert any such counterclaims at all appropriate times.

**4.    The Name of Any Party Not Yet Served and the Circumstances Surrounding Non-Service**

All parties have been served.

**5.    The Principal Legal Issues**

The principal legal issues are as follows:

- Whether Larry Chesler was at all relevant times a member of the class protected by the Fair Housing Act

- Whether the Association's alleged failure to make certain accommodations for Larry Chesler constitutes a violation of the Fair Housing Act

- Whether Jackie Chesler has standing to assert a violation of the Fair Housing Act

- Whether the alleged actions forming the basis for plaintiffs' hostile housing environment claim bear a legally sufficient nexus to Larry Chesler's alleged handicap

- Whether the purported failures of the Association, Rick Conroy and Frank Ansel to address alleged issues with the back stairwell and the ice damming in the building's gutters constitute negligence (including issues of duty, breach of duty, cause-in-fact, proximate cause, and damages)

- Whether the alleged actions taken by Ana Conroy constitute intentional infliction of emotional distress upon plaintiffs

- Whether the alleged failures by the Rick Conroy and Frank Ansel relating to condominium governance constitute a breach of fiduciary duty

- Whether the alleged acts or omissions outlined in the Complaint by the Association, Rick Conroy and Frank Ansel constitute a violation of the Illinois Condominium Property Act and, if so, whether the violation of such Act may form the basis for a civil action

- Other legal issues as become apparent as this matter progresses

**6.    The Principal Factual Issues**

The joint principal factual issues are as follows:

- Whether the Association, Rick Conroy and Frank Ansel failed or refused to make reasonable accommodations relating to Lawrence Chesler's alleged handicap and upon proper notice

- Whether Larry Chesler was at all relevant times a member of a protected class under the Fair Housing Act

- Whether the Association, Rick Conroy, and Frank Ansel maintained a legally actionable hostile housing environment for plaintiffs

- Whether the actions alleged to form the basis of plaintiffs' hostile housing environment claim, if true, were taken because of Larry Chesler's alleged handicap

- Whether the Association's alleged failure to address alleged issues with the back stairwell was the proximate cause of any injury to Jackie Chesler

- Whether the Association's alleged failure to maintain the building's gutters proximately caused ice-damming of the building's gutters

- Whether the Association's alleged failure to remedy alleged ice damming in the building's gutters was the proximate cause of alleged damage to plaintiffs' Unit

- Whether any of the alleged failures regarding the maintenance of the building's common elements amount to a breach of fiduciary duty

- Whether the Association is responsible for the building's gutters

- Whether Ana Conroy assaulted and battered Jackie Chesler

- The extent and causation of plaintiffs' alleged physical and emotional damages and relevant conditions, including, but not limited to, pre- and post-occurrence treatment history, pre-existing physical, emotional and mental conditions, pre- and post-occurrence physical, emotional and mental conditions, purpose for plaintiffs' two-month stay in Massachusetts and one-month stay in California vis-à-vis plaintiffs' claims of emotional distress, medical advice proffered to plaintiffs as alleged in the Complaint as it relates plaintiffs' alleged damages and conditions, and other issues relating to relevant physical, emotional, and mental conditions of plaintiffs.

- The veracity of the allegations forming the basis for plaintiffs' hostile housing environment claim as well as the veracity of Defendants' forthcoming denials or defenses thereto.

- The general veracity of the factual allegations alleged in the Plaintiffs' Complaint as they pertain to the asserted causes of action as well as the veracity of Defendants' forthcoming denials or defenses thereto

- Other factual issues, including Defendants' denials and defenses as they become apparent as this matter progresses

7. **Whether a Jury Trial is Expected by Any Party**

Plaintiffs have demanded a jury trial.

8. **Short Description of Any Discovery Undertaken To Date and Any Anticipated in the Future**

No written discovery requests have been issued by any party, nor have any depositions been taken. The parties anticipate both written and oral discovery, including approximately 15-20 depositions.

9. **The Earliest Date the Parties Will Be Ready for Trial and the Length of Trial**

Barring any unforeseen circumstances and/or protracted discovery disputes, the earliest date that the parties will be ready for trial is December 2009.

10. **Whether the Parties Unanimously Consent to Proceed before the Magistrate Judge**

The Parties do not unanimously consent to proceed before the Magistrate Judge at this

time.

**11.  The Status of Any Settlement Discussions and Whether the Parties Request a Settlement Conference**

Counsel for plaintiffs and defendants have participated in preliminary settlement discussions, including efforts by the Association to address certain issues relating to the common elements. The parties reserve the right to request a court-facilitated settlement conference at the initial status date or at other such appropriate times as this matter progresses.

Respectfully submitted,

By: **/s/ Troy M. Sphar**
Troy M. Sphar

6278497
GRIFFIN LAW OFFICES, LLC
656 West Randolph Street, Suite 500w
Chicago, Illinois 60661
(312) 648-1700

By: **/s/ Steven B. Borkan**
Steven B. Borkan

By: **/s/ Diane Jane Silverberg**
Diane Jane Silverberg

6193463 (SBB)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 N. La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

KOVITZ, SHIFRIN & NESBIT
Co-Counsel for Defendants
750 Lake Cook Road
Suite 350
Buffalo Grove, IL 60089
(847) 537-0500

6193463 (SBB)
6287296 (TPS)    SBB:tps    7/7/08    WHITE    17662-9-71

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and ) | |
| JAQUELINE CHESLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2679 |
| ) | |
| RICHARD M. CONROY, ANA CONROY, ) | Judge:    Virginia M. Kendall |
| FRANCIS C. ANSEL, III and 1327 DEARBORN) | Magistrate:   Jeffrey Cole |
| CONDOMINIUM ASSOCIATION, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To: Attorneys for Plaintiffs:
Mr. Thomas G. Griffin
Mr. Troy M. Sphar
Griffin Law Offices, LLC
656 West Randolph Street, Suite 500W
Chicago, Illinois 60661

Co-Counsel for Defendants:
Mr. Richard Warren Hillsberg
Ms. Diane Jane Silverberg
Mr. Michael G Kreibich
Ms. Pamela J. Park
Kovitz, Shifrin & Nesbit
750 Lake Cook Road
Suite 350
Buffalo Grove, IL 60089

YOU ARE HEREBY NOTIFIED that on July 7, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Joint Status Report, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Stellato & Schwartz, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
6287296 (TPS)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on July 7, 2008.


                                                     **/s/ Steven B. Borkan**
                                                   Steven B. Borkan