**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lawrence Chesler, et al.
                    Plaintiff,

v.                                                Case No.: 1:08−cv−02679
                                                  Honorable Virginia M. Kendall

Richard M. Conroy, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: At the parties's telephonic request, settlement Conference is set for 7/29/2008 at 10:00 AM. The parties are directed to refer to Judge Kendall's "Instructions for Settlement Conference," found on www.ilnd.uscourts.gov and comply with its directives before appearing at the settlement conference.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.