# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and JACQUELINE CHESLER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD M. CONROY, ANA CONROY FRANCIS C. ANSEL III, and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC.,<br><br>　　　　Defendants | Case No. 08 CV 2679<br><br>The Honorable Virginia M. Kendall<br><br>Magistrate Jeffery Cole<br><br>**JURY TRIAL DEMANDED** |

### AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Lawrence and Jacqueline Chesler, by and through their attorneys, GRIFFIN LAW OFFICES, LLC, in support of their Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, state as follows:

1.　On June 30, 2008 Defendants filed their Motion to Dismiss Counts I and II of Plaintiffs' Complaint with this Court.

2.　The Court set the matter on a briefing schedule, ordering that Plaintiffs' Respond to the Motion to Dismiss on or by July 24, 2008 and that Defendants file their reply brief on or before July 31, 2008. A copy of the July 02, 2008 Minute Order is attached hereto as Exhibit A.

3.　Thomas Griffin, Plaintiffs' lead counsel, is currently in the middle of a five-day trial in DuPage County which was scheduled in early June 2008. Due to this commitment, Plaintiffs will be unable to file their response brief within the time frame ordered by the Court.

4.       Pursuant to this Court's standing order, Plaintiffs' counsel has conferred with Steven Borkan, counsel for Defendants with respect to the extension. Mr. Borkan indicated that Defendants do not object to an extension of time to respond to Defendants' Motion to Dismiss. Accordingly, Plaintiffs seek an additional twenty-one (21) days, until Thursday, August 14, 2008 to file their response brief.

5.       This is Plaintiffs' first request for an extension of time in this matter.

6.       An Order granting this extension of time to respond does not prejudice any of the parties.

WHEREFORE, Plaintiffs Larry and Jackie Chesler respectfully request that this Court grant their Agreed Motion for Extension of Time and extend the time for the Cheslers to respond to Defendants' Motion to Dismiss to August 14, 2008.

DATE: July 23, 2008                           LAWRENCE CHESLER and
                                              JACQUELINE CHESLER, Plaintiffs,


                                              /s/ Troy M. Sphar
                                              By one of their Attorneys


Thomas G. Griffin (ARDC # 6202401)
Troy M. Sphar (ARDC # 6278497)
GRIFFIN LAW OFFICES, LLC
656 West Randolph Street, Suite 500W
Chicago, Illinois 60661
(312) 648-1700

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lawrence Chesler, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−02679
                                                      Honorable Virginia M. Kendall

Richard M. Conroy, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Defnedant's motion to dismiss[21] is taken under advisement. Response is due by 7/24/2008. Reply is due by 7/31/2008. Court will rule by mail. Status hearing date of 7/10/2008 shall stand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**CERTIFICATE OF SERVICE**

      Troy M. Sphar, an attorney, hereby certifies that he caused a copy of the foregoing Motion for Extension of Time to be served on July 23, 2008 via the ECF electronic filing system upon the following:

Steven Borkan
Timothy Scahill
STELLATO & SCHWARTZ, LTD.
120 N. LaSalle Street, 35th Floor
Chicago, Illinois 60602

Richard Hillsberg
Diane Silverberg
Pamela Park
Michael Kreibich
LAW OFFICES OF KOVITZ SHIFRIN & NESBIT, PC
750 West Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089

                                                               /s/ Troy M. Sphar
                                                               Troy M. Sphar