UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE CHESLER and JACQUELINE CHESLER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 2679 |
| RICHARD M. CONROY, ANA CONROY FRANCIS C. ANSEL III, and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., | ) ) ) ) ) ) | The Honorable Virginia M. Kendall Magistrate Jeffery Cole |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

## NOTICE OF MOTION TO EXTEND

TO:    See attached service list

PLEASE TAKE NOTICE that on July 29, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall or any judge sitting in her stead, in **Room 2319** in the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL and then and there present **Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss,** a copy of which is attached hereto and hereby served upon you.

DATE: July 23, 2008                           LAWRENCE CHESLER and
                                              JACQUELINE CHESLER, Plaintiffs,


                                              /s/ Troy M. Sphar
                                              By one of their Attorneys

Thomas G. Griffin (ARDC # 6202401)
Troy M. Sphar (ARDC # 6278497)
GRIFFIN LAW OFFICES, LLC
656 West Randolph Street, Suite 500W
Chicago, Illinois 60661
(312) 648-1700

## CERTIFICATE OF SERVICE

Troy M. Sphar, an attorney, hereby certifies that he caused a copy of the foregoing Notice of Motion for Extension of Time to be served on July 23, 2008 via the ECF electronic filing system upon the following:

Steven Borkan
Timothy Scahill
STELLATO & SCHWARTZ, LTD.
120 N. LaSalle Street, 35th Floor
Chicago, Illinois 60602

Richard Hillsberg
Diane Silverberg
Pamela Park
Michael Kreibich
LAW OFFICES OF KOVITZ SHIFRIN & NESBIT, PC
750 West Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089

/s/ Troy M. Sphar
Troy M. Sphar