**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lawrence Chesler, et al.
Plaintiff,
v.
Richard M. Conroy, et al.
Defendant.

Case No.: 1:08−cv−02679
Honorable Virginia M. Kendall

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's motion for extension of time to 8/14/2008 to file response to MOTION by Defendants 1327 Dearborn Association, Inc., Richard M. Conroy, Ana Conroy, Francis C. Ansel, III to dismiss[21] [29] is granted. Reply is due by 8/21/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.