UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lawrence Chesler, et al.
                Plaintiff,

v.                                 Case No.: 1:08−cv−02679
                                         Honorable Virginia M. Kendall

Richard M. Conroy, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:Settlement conference held and continued to 9/26/2008 at 10:00 AM. Defendants are granted leave to engage in limited discovery on the issue of insurance coverage as outlined at the settlement conference.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.