# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and JACQUELINE CHESLER, ) ) ) Plaintiffs, ) ) v. ) ) RICHARD M. CONROY, ANA CONROY FRANCIS C. ANSEL III, and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., ) ) ) ) ) ) ) Defendants ) | Case No. 08 CV 2679<br><br>The Honorable Virginia M. Kendall<br><br>Magistrate Jeffery Cole<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION FOR CLARIFICATION

TO:   See attached service list

PLEASE TAKE NOTICE that on August 25, 2008 at 9:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall or any judge sitting in her stead, in **Room 2319** in the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL and then and there present **Plaintiff's Motion for Clarification of the August 01, 2008 Order,** a copy of which is attached hereto and hereby served upon you.

DATE: August 19, 2008                    LAWRENCE CHESLER and
                                         JACQUELINE CHESLER, Plaintiffs,


                                         /s/ Troy M. Sphar
                                         By one of their Attorneys

Thomas G. Griffin (ARDC # 6202401)
Troy M. Sphar (ARDC # 6278497)
GRIFFIN LAW OFFICES, LLC
656 West Randolph Street, Suite 500W
Chicago, Illinois 60661
(312) 648-1700

**CERTIFICATE OF SERVICE**

       Troy M. Sphar, an attorney, hereby certifies that he caused a copy of the foregoing Notice of Motion for Clarification to be served on August 19, 2008 via the ECF electronic filing system upon the following:

Steven Borkan
Timothy Scahill
STELLATO & SCHWARTZ, LTD.
120 N. LaSalle Street, 35th Floor
Chicago, Illinois 60602

Richard Hillsberg
Diane Silverberg
Pamela Park
Michael Kreibich
LAW OFFICES OF KOVITZ SHIFRIN & NESBIT, PC
750 West Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089

                                                          /s/ Troy M. Sphar
                                                          Troy M. Sphar