6193463 (SBB)
6287296 (TPS)          SBB:tps          08/21/8          WHITE          17662-9-71

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE CHESLER and | ) | |
| JAQUELINE CHESLER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **No. 08 CV 2679** |
| | ) | |
| RICHARD M. CONROY, ANA CONROY, | ) | **Judge:** Virginia M. Kendall |
| FRANCIS C. ANSEL, III and 1327 DEARBORN | ) | **Magistrate:** Jeffrey Cole |
| CONDOMINIUM ASSOCIATION, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS'
### MOTION FOR CLARIFICATION OF AUGUST 1, 2008 ORDER

NOW COME defendants, RICHARD M. CONROY, ANA CONROY, FRANCIS ANSEL, III and 1327 DEARBORN CONDOMINIUM ASSOCIATION, INC., by and through their attorneys, STELLATO & SCHWARTZ, LTD., and for their response to Plaintiffs' Motion for Clarification of August 1, 2008 Order, state as follows:

1.      On August 19, 2008, plaintiffs filed the present motion seeking clarification on two issues relating to the settlement conference conducted by this Court on August 1, 2008: (1) whether this Court stayed briefing on defendants' Motion to Dismiss; and (2) whether this Court permitted plaintiffs to engage in discovery relating to "insurance and damages issues."

2.      At the outset, it must be noted that, since the August 1, 2008 settlement conference, plaintiffs have done nothing to facilitate a resolution to this matter. Despite repeated requests from defendants' counsel to address the issues suggested by the Court, plaintiffs' have refused or failed

to reply to any of the requests for information or proposals for resolution of various condominium management matters.

3.       As to the briefing schedule relating to defendants Motion to Dismiss, it was defendants' belief that this matter was not stayed. The issue of a stay concerned the discovery issues (addressed below) alone not briefing on the dispositive motion. This fact is not only indicated by the August 1, 2008 Court order but by the statements of this Court on July 10, 2008 status hearing. Specifically, after scheduling a settlement conference between the parties on this date, this Court was asked to stay briefing on this Motion during the pendency of these settlement attempts. As this Motion raised federal jurisdictional issues, this Court specifically declined to stay such briefing. For these reasons and because of plaintiffs' lack of active cooperation in seeking to finalize a settlement in this matter, defendants request that plaintiffs be ordered to file a written response to the Motion to Dismiss.

4.       As to the issue of the scope of the limited discovery permitted by the Court, plaintiffs repeatedly suggest that this Court somehow granted *plaintiffs* the right to engage in discovery relating to insurance coverage. *See* Mot. Clarification at ¶¶ 2-6. This is demonstrably false. This Court's minute order specifically states that only "*Defendants* are granted leave to engage in limited discovery on the issue of insurance coverage." *Id.* at Ex. A (emphasis added). As this Court may recall, this order arose from questions raised during the conclusion of the settlement conference into whether plaintiff, Jacqueline Chesler, had already been paid certain amounts for damages claimed through this suit and other issues relating to the substantiation of damages claims.

5.       The problem this misapprehension has created is that plaintiffs are seeking to use this (mis)construction as some sort of excuse to delay producing the actual materials within the ambit of this Court's order or to otherwise shift the dialogue away from resolving the specific settlement

issues raised during the settlement conference. No better evidence of this fact is the "e-mail string" plaintiffs attach to their motion. Specifically, defendants' counsel can be seen reiterating repeated requests for the documentation addressed by the Court three weeks ago and plaintiffs' counsel can be seen attempting to "change the subject" to unrelated issues.

6.      Defendants left this Court's settlement conference optimistic that this Court had set a "workable" framework for amicable resolution of this matter. Unfortunately, despite many hours spent by defendants' counsel and the individual defendants to implement these suggestions, plaintiffs have refused or failed to cooperate in any meaningful fashion in doing so on their end.

WHEREFORE, to the extent this Court further clarifies its order of August 1, 2008, the defendants pray this court further admonish plaintiffs to respond to the requests for information received from defendants, and further to respond to defendants' motion to dismiss, and for such other relief as this court deems fit.

Respectfully Submitted,

STELLATO & SCHWARTZ, LTD.

By:   /s/ Steven B. Borkan
        Steven B. Borkan

6193463 (SBB)
6287296 (TPS)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 N. La Salle Street
34th Floor
Chicago, Illinois  60602
(312) 419-1011

6193463 (SBB)
6287296 (TPS)          SBB:kl          08/21/08          WHITE          17662-9-71

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CHESLER and<br>JAQUELINE CHESLER, | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **No. 08 CV 2679** |
| | ) |
| RICHARD M. CONROY, ANA CONROY, | )   **Judge:**        **Virginia M. Kendall** |
| FRANCIS C. ANSEL, III and 1327 DEARBORN | )   **Magistrate:   Jeffrey Cole** |
| CONDOMINIUM ASSOCIATION, INC., | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:    Mr. Thomas G. Griffin
       Mr. Troy M. Sphar
       Griffin Law Offices, LLC
       656 West Randolph Street, Suite 500W
       Chicago, Illinois 60661

       Mr. Richard Warren Hillsberg
       Ms. Diane Jane Silverberg
       Mr. Michael G Kreibich
       Ms. Pamela J. Park
       Kovitz, Shifrin & Nesbit
       750 Lake Cook Road
       Suite 350
       Buffalo Grove, IL 60089

       YOU ARE HEREBY NOTIFIED that on August 21, 2008, there was filed with the Clerk of
the United States District Court, Northern District of Illinois, Defendants' Response to Plaintiffs'
Motion for Clarification of the August 1, 2008 Order, a copy of which is attached hereto.

                                    **/s/ Stellato & Schwartz, Ltd.**
                                    STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
6287296 (TPS)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

       I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on August 21, 2008

                     **/s/ Steven B. Borkan**
                     Steven B. Borkan