**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lawrence Chesler, et al.
                     Plaintiff,

v.
                                                   Case No.: 1:08−cv−02679
                                                   Honorable Virginia M. Kendall

Richard M. Conroy, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held on 8/25/2008 regarding motion to clarify[34]. Motion to clarify [34] is granted. Motion to dismiss [21] is entered and continued until further order of court. Response to motion to dismiss [21]due by 9/2/2008; reply due by 9/9/2008. Status hearing set for 09/26/08 to stand.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.